Citizens Finance Corporation, Appellant, v. Andrew W. Ahern, Respondent.

— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.